IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENERAL NUTRITION CORPORATION and GENERAL NUTRITION INVESTMENT COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> SYED ALI RAZVI, RUBAB RAZVI, AYAZ ABBAS, SHAHERBANO ABBAS, HEALTH XPRESS, HEALTH TECH NUTRITION, and HXN, CORP., <br><br> Defendants. | Civil Action No. 09-77 <br><br> Gary L. Lancaster <br> United States District Judge |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims between Plaintiffs and Defendants. Pursuant to Rule 41(a)(1)(A)(ii), this Stipulation of Dismissal is signed by or on behalf of all parties who have appeared in this action. Each party shall bear its own costs, attorneys' fees and expenses.

Respectfully submitted,                                   Respectfully submitted,

/s/ Brad A. Funari                                        /s/ Joseph R. Carnicella
Brad A. Funari                                            Joseph R. Carnicella
Pa. Id. No. 89575                                         Pa. Id. No. 200294
Kevin Batik                                               Henry M. Sneath
Pa. Id. No. 89209                                         Pa. Id. No. 40559
McGuireWoods LLP                                          Picadio Sneath Miller & Norton, P.C.
Dominion Tower, 23rd Floor                                4710 U.S. Steel Tower
625 Liberty Avenue                                        600 Grant Street
Pittsburgh, Pennsylvania 15222                            Pittsburgh, PA 15219
(412) 667-6000

                                                          Attorneys for Defendants

Attorneys for Plaintiffs

SO ORDERED, this 9th day of September, 2009.

_____
Gary L. Lancaster   U.S. District Judge